# Court of Appeals
# of the State of Georgia

ATLANTA,   August 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2059.  KENYATTA LANOR ALLEN v. SOUTHEST CONNECTIONS, LLC (NORTH CAROLINA), et al.**

After the jury returned a verdict for plaintiff Kenyatta Allen, the defendants filed a motion for new trial.  The trial court granted their motion, and Allen filed this direct appeal.  We lack jurisdiction.

The grant of a motion for new trial is not a final judgment within the meaning of OCGA § 5-6-34 (a) (1) and is therefore subject to the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b).  *Rockdale Awning & Iron Co. v. Kerbow*, 210 Ga. App. 119, 121 (2) (435 SE2d 619) (1993). Allen's failure to follow the requisite procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 08/07/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*